AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Paul Wright

v.

Domain Source, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number: 02 C 2525

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's motion for partial judgment is treated as a motion for final judgment by default and is granted. Defendant, Domain Source, Inc., is hereby enjoined, if it presently owns the domain name, paulwright.com., from transferring the domain name to any person or entity other than plaintiff. Defendant, Domain Source, Inc., is hereby ordered, if it presently owns the domain name, paulwright.com., immediately to transfer said name to plaintiff. Defendant shall pay plaintiff his costs. Count II of the complaint is dismissed with prejudice.

Michael W. Dobbins, Clerk of Court

Date: 8/27/2002

Michael Dooley, Deputy Clerk